## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Aaron W. Pikovsky | ) | Case No. 15-21336 |
| Josephine T. Pikovsky, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Document No. |
| | ) | |
| Aaron W. Pikovsky, | ) | |
| Josephine T. Pikovsky, | ) | |
| Movants | ) | |
| | ) | |
| Vs | ) | |
| | ) | |
| Capital One, Chase Card Services, | ) | |
| Department Stores National Bank Macys, | ) | |
| Equitable Gas Bankruptcy Department, | ) | |
| Kohls Payment Center, Old Navy Visa, | ) | |
| PNC Bank, Sears Credit Cards, Synchrony | ) | |
| Bank, S. James Wallace, Wells Fargo Dealer | ) | |
| Services, Bank of America, Portfolio | ) | |
| Recovery Associates, Goodyear Credit Plan, | ) | |
| Lakeview Loan Servicing, Cavalry SPV, | ) | |
| Discover, Citibank, M&T Bank, Orange | ) | |
| Lake Country Club, Pennsylvania Dept. | ) | |
| of Revenue, Portfolio Recovery Associates, | ) | |
| Toyota Financial Services, Wells Fargo Bank | ) | |
| Toyota Lease Trust, Quantum3 Group, LLC, | ) | |
| Andrew F. Gornall, Comenity Bank, | ) | |
| and Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| | ) | |
| Respondents | ) | |

### CONSENT ORDER BETWEEN DEBTORS AND CHAPTER 13 TRUSTEE REGARDING MOTION TO APPROVE THE DEBTORS TO OBTAIN VEHICLE FINANCING

AND NOW come the debtors, Aaron W. Pikovsky and Josephine T. Pikovsky, by and through their attorney Kenneth Steidl and Steidl and Steinberg, and respectfully represent as follows:

1. This case was commenced on February 28, 2017 when the debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The debtors currently lease a 2011 Toyota Camry.

3. The lease on the 2011 Toyota Camry ends in July 2017.

4. The debtors need a vehicle as they are both employed.

5. The debtors have been tentatively approved for vehicle financing through Toyota Motor Credit Corporation for a 2014 Toyota XB SW. The total loan amount is $13,911.15 and the monthly payment is $325.26 for 48 months at 10.29% interest.

6. The Office of the Chapter 13 Trustee does not oppose the debtors moving forward with the financing of this vehicle.

7. A Report of Financing will be filed within 14 days of the sale being executed.

8. The Chapter 13 Plan will be amended within 30 days of the sale being executed.

WHEREFORE, the Debtors, Aaron W. Pikovsky and Josephine T. Pikovsky, respectfully request this Honorable Court to approve them to obtain a vehicle loan for no more than $15,000.00 with a monthly payment of up to $350.00.

Respectfully Submitted,

June 28, 2017  
DATE

/s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
Attorney for the Debtors  
STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No. 34965  
ksteidl@steidl-steinberg.com

June 28, 2017  
DATE

/s/Jana S. Pail  
Jana S. Pail, Esquire  
Attorney for Chapter 13 Trustee  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
412-471-5566  
PA I.D. No. 88910

IT IS SO ORDERED.

_____J.