FILED
8/18/17 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Aaron W. Pikovsky | ) | Case No. 15-21336 |
| Josephine T. Pikovsky, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Document No. 43 |
| | ) | |
| Aaron W. Pikovsky, | ) | |
| Josephine T. Pikovsky, | ) | |
| Movants | ) | |
| | ) | |
| Vs | ) | |
| | ) | |
| Capital One, Chase Card Services, | ) | |
| Department Stores National Bank Macys, | ) | |
| Equitable Gas Bankruptcy Department, | ) | |
| Kohls Payment Center, Old Navy Visa, | ) | |
| PNC Bank, Sears Credit Cards, Synchrony | ) | |
| Bank, S. James Wallace, Wells Fargo Dealer | ) | |
| Services, Bank of America, Portfolio | ) | |
| Recovery Associates, Goodyear Credit Plan, | ) | |
| Lakeview Loan Servicing, Cavalry SPV, | ) | |
| Discover, Citibank, M&T Bank, Orange | ) | |
| Lake Country Club, Pennsylvania Dept. | ) | |
| of Revenue, Portfolio Recovery Associates, | ) | |
| Toyota Financial Services, Wells Fargo Bank | ) | |
| Toyota Lease Trust, Quantum3 Group, LLC, | ) | |
| Andrew F. Gornall, Comenity Bank, | ) | |
| and Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| | ) | |
| Respondents | ) | |

### CONSENT ORDER BETWEEN DEBTORS AND CHAPTER 13 TRUSTEE REGARDING MOTION TO APPROVE THE DEBTORS TO OBTAIN VEHICLE FINANCING

AND NOW come the debtors, Aaron W. Pikovsky and Josephine T. Pikovsky, by and through their attorney Kenneth Steidl and Steidl and Steinberg, and respectfully represent as follows:

1.     This case was commenced on February 28, 2017 when the debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2.     The debtors currently lease a 2011 Toyota Camry.

3.     The lease on the 2011 Toyota Camry ends in July 2017.

4.     The debtors need a vehicle as they are both employed.

5.     The debtors have been tentatively approved for vehicle financing through Toyota

Motor Credit Corporation for a 2014 Toyota XB SW. The total loan amount is

$13,911.15 and the monthly payment is $325.26 for 48 months at 10.29% interest.

6.     The Office of the Chapter 13 Trustee does not oppose the debtors moving forward

with the financing of this vehicle.

7.     A Report of Financing will be filed within 14 days of the sale being executed.

8.     The Chapter 13 Plan will be amended within 30 days of the sale being executed.

WHEREFORE, the Debtors, Aaron W. Pikovsky and Josephine T. Pikovsky, respectfully

request this Honorable Court to approve them to obtain a vehicle loan for no more than

$15,000.00 with a monthly payment of up to $350.00.


Respectfully Submitted,


August 16, 2017                          /s/ Kenneth Steidl
DATE                                     Kenneth Steidl, Esquire
                                         Attorney for the Debtors
                                         STEIDL & STEINBERG
                                         Suite 2830 – Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 391-8000
                                         PA I. D. No. 34965
                                         ksteidl@steidl-steinberg.com


August 16, 2017                          /s/Jana S. Pail
DATE                                     Jana S. Pail, Esquire
                                         Attorney for Chapter 13 Trustee
                                         Suite 3250, USX Tower
                                         600 Grant Street
                                         Pittsburgh, PA 15219
                                         412-471-5566
                                         PA I.D. No. 88910


IT IS SO ORDERED.


_____J.
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-21336-GLT
Aaron W. Pikovsky                                              Chapter 13
Josephine T. Pikovsky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin          Page 1 of 1          Date Rcvd: Aug 21, 2017
                              Form ID: pdf900     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db/jdb          +Aaron W. Pikovsky,   Josephine T. Pikovsky,   11860 Beacon Drive,
                 North Huntingdon, PA 15642-8874

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Joint Debtor Josephine T. Pikovsky
           julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Kenneth  Steidl    on behalf of Debtor Aaron W. Pikovsky julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                   TOTAL: 8