## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Aaron W. Pikovsky | ) | Case No. 15-21336 |
| Josephine T. Pikovsky, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Document No. |
| | ) | |
| Aaron W. Pikovsky, | ) | |
| Josephine T. Pikovsky, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| Vs | ) | |
| | ) | |
| Capital One, Chase Card Services, | ) | |
| Department Stores National Bank Macys, | ) | |
| Equitable Gas Bankruptcy Department, | ) | |
| Kohls Payment Center, Old Navy Visa, | ) | |
| PNC Bank, Sears Credit Cards, Synchrony | ) | |
| Bank, S. James Wallace, Wells Fargo Dealer | ) | |
| Services, Bank of America, Portfolio | ) | |
| Recovery Associates, Goodyear Credit Plan, | ) | |
| Lakeview Loan Servicing, Cavalry SPV, | ) | |
| Discover, Citibank, M&T Bank, Orange | ) | |
| Lake Country Club, Pennsylvania Dept. | ) | |
| of Revenue, Portfolio Recovery Associates, | ) | |
| Toyota Financial Services, Wells Fargo Bank | ) | |
| Toyota Lease Trust, Quantum3 Group, LLC, | ) | |
| Andrew F. Gornall, Comenity Bank, | ) | |
| and Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| | ) | |
| Respondents | ) | |

## **REPORT OF FINANCING**

AND NOW, come the Debtors, Aaron W. Pikovsky and Josephine T. Pikovsky, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, P.C., and respectfully represent as follows:

1. The Debtors were approved to obtain financing for a vehicle purchase by Order of this Court dated August 18, 2017 filed at docket number 44.

2. This Order of Court requires the Debtors to file a Report of Financing.

3. The Debtors purchased a 2014 Toyota XB SW by way of financing through Toyota Motor Credit Corporation. The amount of the loan is $14,138.48 at an interest rate of 10.29 % and calls for payments of $325.26 per month for a term of 48 months. Payments on this loan are to begin on September 1, 2017. The payment address for the Debtor's loan is Toyota Motor Credit Corporation, P.O. Box 5855, Carol Stream, IL 60197-5855.

WHEREFORE, the Debtor's, Aaron W. Pikovsky and Josephine T. Pikovsky, respectfully file this Report of Financing.

Respectfully submitted,

October 20, 2017
  DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG, P.C.
Suite 2830 - Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
P.A.I.D. No. 34965
ksteidl@steidl-steinberg.com