## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:   15-21336-GLT
                                                    : Chapter:    13
Aaron W. Pikovsky                                   :
Josephine T. Pikovsky                               :
                                                    : Date:       7/18/2018
           *Debtor(s).*                             : Time:       9:30

**FILED**

**JUL 18 2018**

**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

### PROCEEDING MEMO

**MATTER:**   # 53 Motion for Relief from Stay by Toyota Motor Credit Corporation
              # 56 - Response filed by the Debtors

**APPEARANCES:**
  Debtor:    Lauren Lamb
  Trustee:   Ronda J. Winnecour
  Toyota:    James Warmbrodt

**NOTES:**

Warmbrodt: This involves a 2014 Toyota Scion with postpetition financing approved by the Court. The payments were to begin in August 2017, but there have been no distributions from the trustee. The arrears are now $4,275.12. The Debtors have filed an amended plan that would provide for retroactive payment of this back to August, and plan payments are current. No problem with continuing this motion to see if the amended plan would address the arrearage.

Court: Why was no amended plan filed for nine months?

Lamb: Does not have an explanation. The Motion for Relief from Stay [Dkt. No. 53] triggered our response.

Court: The name on the amended plan referred to the wrong Debtor. Is there any reason for that?

Lamb: No, it was just a filing error.

Court: The Court issued a text order alerting your firm to the incorrect name two weeks ago, but no corrective action has been taken.

Lamb: Apologizes. It was an oversight.

Court: Is there any opposition to authorizing adequate-protection payments to Toyota Motor Credit?

Lamb: No.

**OUTCOME:**

1. The hearing on the Motion for Relief from Stay [Dkt. No. 53] is continued to September 12, 2018 at 11:00 a.m. To the extent the loan payments are incorporated into the Debtors' plan prior to that date, Toyota Motor Credit Corp. shall withdraw the Motion for Relief from Stay [Dkt. No. 53]. (Text Order to issue.)

2. Beginning with July 2018, the trustee is authorized to make adequate-protection payments of $356.26/mo. to Toyota Motor Credit Corp. pending the entry of an interim confirmation order on the Debtors' amended plan [Dkt. No. 76]. (Text Order to issue.)

3. On or before July 23, 2018, the Debtors shall address the corrective entry [Dkt. No. 71] issued on July 3, 2018. (Text Order to issue.)

**DATED:** 7/18/2018