IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 15-21336 GLT |
| Aaron W. Pikovsky | ) | Chapter 13 |
| Josephine T. Pikovsky, | ) | Docket No. |
|    *Debtors* | ) | |
| | ) | |
| Aaron W. Pikovsky | ) | |
| Josephine T. Pikovsky, | ) | |
|    *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 26, 2015 at docket numbers 16 and 17, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


October 26, 2018                                                    /s/ Aaron Pikovsky
Date                                                                         Debtor


October 26, 2018                                                    /s/ Josephine T. Pikovsky
Date                                                                         Debtor

        Respectfully submitted,

October 30, 2018         /s/ Kenneth Steidl
DATE         Kenneth Steidl, Esquire
        Attorney for the Debtor

        STEIDL & STEINBERG
        707 Grant Street
        Suite 2830, Gulf Tower
        Pittsburgh, PA 15219
        (412) 391-8000
        Ken.steidl@steidl-steinberg.com
        PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**